UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MUN KYOO KIM, SEONG IL CHO, and CHOON SEONG HYEON, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>SOON JOSEPH CHOI, CHOON SIK LEE, and JIREH AMERICA, LLC,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  3:15-CV-141-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of Plaintiffs' Motion for Summary Judgment, and the court having GRANTED said motion as to plaintiffs Cho and Hyeon's FLSA claim on Count 1 of the Complaint, and DENIED said motion as to plaintiff Kim's FLSA claim, it is

**Ordered and Adjudged** that the plaintiff Cho recover $10,591.16 in overtime wages and $10,591.16 in liquidated damages. Plaintiff Hyeon shall recover $8,776.80 in overtime wages and $8,776.80 in liquidated damages.

Dated at Newnan, Georgia, this 15TH day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN CLERK
　　　　　　　　　　　　　　　　　　　　　　OF COURT

　　　　　　　　　　　　　　　　　　By:　s/Uzma S. Wiggins
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
February 15, 2019
James N. Hatten Clerk
of Court

By: s/Uzma S. Wiggins
　　　Deputy Clerk