# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| MUN KYOO KIM, SEONG IL CHO and CHOON SEONG HYEON ) ) ) | ) ) CIVIL ACTION |
| Plaintiffs, | ) FILE NO. <u>3:15-cv-141-TCB</u> ) |
| v. | ) ) ) JURY TRIAL DEMANDED |
| SOON JOSEPH CHOI, CHOON SIK LEE, and JIREH AMERICA, LLC., | ) ) ) |
| Defendants. | ) ) ) |

## <u>PLAIANTIFFS CHOON SEONG HYEON AND SEONG IL CHO'S MOTION FOR ATTORNEYS' FEES</u>

Plaintiffs CHOON SEONG HYEON AND SEONG IL CHO, through his counsel, Brian Kim of Brian Kim, PC, move the Court for an Order awarding attorneys' fees. Plaintiffs identify (a) 29 U.S.C. § 216(b) as the statute authorizing an award of attorneys' fees, and (b) the Court's Judgment entered February 15, 2019 [90], and (c) the amount of attorneys fees, i.e. $43,500.00, which was computed by the 145 hours of work Plaintiffs' counsel Brian Kim performed in connection with this litigation times the hourly rate, $300.00, at which Plaintiffs'

counsel is seeking as it is the counsel's usual and customary rate charged for employment litigation of this nature.

The costs incurred are $2,915.50. Pursuant to LR 54.2A(2), N.D.Ga., Plaintiff will file a detailed specification and itemization of the requested reward, with supporting affidavits and other documentation within 30 days of filing this Motion.

Respectfully submitted this 28th day of February, 2019.

By: *Brian G. Kim*
Brian G. Kim, Esq.
Georgia Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Phone: 678-878-4200
Fax:  404-878-4208
E-mail: Brian@BrianKimPC.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiffs certify that the pleading has been prepared in Times New Roman, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

    This 28th day of February, 2019.

By: *Brian G. Kim*
Brian G. Kim, Esq.
Georgia Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Phone: 678-878-4200
Fax:  404-878-4208
E-mail: Brian@BrianKimPC.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I delivered the foregoing PLAIANTIFFS CHOON SEONG HYEON AND SEONG IL CHO'S MOTION FOR ATTORNEYS' FEES by mail to:

    Soon Joseph Choi
    8635 Huntingdon Ridge Ct.
    Montgomery, AL 36117

This 28th day of February, 2019.

                                        By: *Brian G. Kim*
                                        Brian G. Kim, Esq.
                                        Georgia Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Phone: 678-878-4200
Fax:  404-878-4208
E-mail: Brian@BrianKimPC.Com