IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MUN KYOO KIM, SEONG IL CHO, and CHOON SEONG HYEON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOON JOSEPH CHOI, CHOON SIK LEE, and JIREH AMERICA, LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 3:15-cv-141-TCB |

## ORDER

This case comes before the Court on Plaintiffs Seong Il Cho and Choon Seong Hyeon's motion [92] for attorney's fees.

On February 15, the Court granted [90] Cho and Hyeon's motion for summary judgment on their FLSA claim for overtime wages. On February 28, they filed their motion for attorney's fees. On March 30, their attorney Brian Kim filed his declaration [93] in support of the

motion. Defendants have not contested the motion. Cho and Hyeon seek $43,500 in attorney's fees and $3,121.50 in expenses.

Having reviewed the declaration and exhibits related to Cho and Hyeon's motion and pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.2(A), the motion [92] for fees is granted. The Court awards Cho and Hyeon $43,500.00 in attorneys' fees and a total of $3,121.50 in costs.

IT IS SO ORDERED this 9th day of April, 2019.

Timothy C. Batten, Sr.
United States District Judge