UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MUN KYOO KIM, SEONG IL CHO, AND CHOON SEONG HYEON,<br>　　　　Plaintiffs,<br><br>vs.<br><br>SOON JOSEPH CHOI, CHOON SIK LEE, AND JIREH AMERICA, LLC,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  3:15-cv-141-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, United States District Judge, for consideration of Motion for Attorney's Fees and Costs, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiffs Cho and Hyeon recover from Defendants $43,500 in attorney's fees and a total of $3,121.50 in costs.

Dated at Newnan, Georgia this 9th day of April, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Uzma S. Wiggins
　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 9, 2019
James N. Hatten
Clerk of Court

By:  s/ Uzma S. Wiggins
　　　Deputy Clerk